**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 304 |
| | : | |
| APPOINTMENTS TO THE APPELLATE | : | APPELLATE COURT RULES DOCKET |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2023, the Honorable Mary P. Murray, Allegheny County, Todd N. Barnes, Esquire, Montgomery County, and Austin D. Hughey, Esquire, Dauphin County, are hereby appointed as members of the Appellate Court Procedural Rules Committee for a term of six years, commencing July 1, 2023.